NEW YORK BANK-NOTE CO., Appellant, v. HAMILTON BANK-NOTE ENGRAVING & PRINTING CO., Respondent. (Supreme Court, General Term, First Department. October 12, 1894.) Action by the New York Bank-Note Company against the Hamilton Bank-Note Engraving & Printing Co. Edward P. Lyon, for appellant. William L. Turner, for respondent.

PER CURIAM. Without considering the merits of this action, we think that the special term was

right in deferring the relief sought until after the questions at issue could be disposed of upon the merits at the trial. The order appealed from is affirmed, with $10 costs and disbursements.